UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                         Case No. 11-CR-124

DARRELL M. SCHNEIDER,

    Defendant.

## ORDER DENYING [102] LETTER MOTION
## REQUESTING AMENDED JUDGMENT

    Defendant Darrell M. Schneider has again filed a letter asking the court to amend his Judgment. This request is nearly identical to his previous requests, and the Clerk docketed this request as a letter motion. It is DENIED for the reasons previously stated.

    **SO ORDERED** this  12th  day of September, 2017.

                                                    s/ William C. Griesbach
                                                    William C. Griesbach, Chief Judge
                                                    United States District Court